IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Rasmussen,<br><br>    Plaintiff,<br><br>vs.<br><br>Lockheed Martin Group Benefits Plan, et al.,<br><br>    Defendants. | No. CV-15-08066-PCT-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation of Dismissal (Doc. 34). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 34) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 8th day of February, 2016.

Honorable Steven P. Logan
United States District Judge